IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>LIL' JOHN'S PLUMBING, LLC, )<br><br>Defendant. ) | Civil Action No. 1:23-cv-941 (RDA/IDD) |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Ivan D. Davis on November 17, 2023. Dkt. 14. In their Complaint for relief against Lil' John's Plumbing, LLC, Plaintiffs Trustees of the United Association National Pension Fund ("Pension Fund") and Trustees of the International Training Fund ("Training Fund") brought claims regarding contributions owed to the Pension Fund and the Training Fund under ERISA. Dkt. 1 at 2. Magistrate Judge Davis recommends that default judgment be entered against Defendant on Counts I and II of the Complaint. Dkt. 14 at 1. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Davis' Recommendation was December 1, 2023. To date, no objections have been filed. After reviewing the record and Magistrate Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 14).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 10) is GRANTED as to Counts I and II of the Complaint; and it is

FURTHER ORDERED that default judgment enter in favor of Plaintiffs Trustees of the United Association National Pension Fund and Trustees of the International Training Fund and against Defendant Lil' John's Plumbing, LLC in the amount of $82,142.81, which consists of: (i) $75,011.79 for Count I; (ii) $2,134.02 for Count II; and (iii) $4,997.00 for attorney's fees. The Clerk is directed to enter judgment for Plaintiff in this matter pursuant to Federal Rule of Civil Procedure 55, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
April 5, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge

2